HC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUN 16 AM 9:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY CP DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Manuel MURILLO-Carrillo**<br>Defendant. | Magistrate Case No. '08 MJ 1846<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about **June 14, 2008**, within the Southern District of California, defendant **Manuel MURILLO-Carrillo**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence this **16th** day of **June, 2008**.

UNITED STATES MAGISTRATE JUDGE

HC

I, United States Customs and Border Protection (CBP) Enforcement Officer Liliana De Anda, declare under penalty of perjury the following to be true and correct:

On June 14, 2008 at about 07:28 AM, **Manuel MURILLO- Carrillo (Defendant)** attempted to elude inspection, and gain entry into the United States, by walking between two pedestrian primary booths at the San Ysidro Port of Entry. United States Customs and Border Protection (CBP) Officer approached Defendant and asked him where he was going. Defendant stated he was going to San Ysidro, California. CBP Officer asked Defendant if he possess any document to enter the United States. Defendant admitted he was deported from the United States a week ago. Defendant stated he wanted to go to Fresno, California. CBP Officer referred Defendant to the Pet Enforcement Team for further disposition.
In secondary inspection, Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT). IDENT record identified Defendant as a citizen of Mexico who has been previously deported/ removed. Defendant's identity was verified by 10-digit fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS response linked Defendant to Immigration Service and FBI records.

Checks of Immigration Service records, including the Immigration Central Index System (CIS) and Deportable Alien Control System (DACS) information confirmed Defendant to be a citizen of Mexico with no legal documents to enter the United States. DACS records indicate Defendant was ordered deported/removed by an Immigration Judge from the United States to Mexico on or about December 19th, 2005. DACS also indicates Defendant was subsequently removed from the United States to Mexico through San Ysidro, California.

Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally seek reapplication for admission.

At about 1:20 PM during a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without benefit of counsel. Defendant admitted he was born in Guadalajara Jalisco, Mexico. Defendant admitted he was going to Fresno, California to reunite with girlfriend and newborn child. Defendant admitted he does not possess any legal document to enter, pass through or remain in the United States. Defendant admitted being deported in 2001, 2003 and 2005 by an Immigration Judge. Defendant stated he was convicted of first degree burglary and he spent 3 years in Eloy, AZ prison.

**EXECUTED ON THIS 14th DAY OF JUNE 2008 AT 2:00 PM.**

Liliana De Anda / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of 1 page, I find probable cause to believe that the defendant named therein committed the offense on **June 14th, 2008** in violation of Title 8, United States Code, Section 1326.

MAGISTRATE JUDGE

6-15-08 @ 6:50 pm
DATE / TIME

TOTAL P.03